[No. 42312-6-I. Division One. July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County No. 93-1-06948-7, Patricia H. Aitken, J., entered March 16, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Ellington, JJ.

[No. 46361-6-I. Division One. July 17, 2000.]

*In the Matter of the Personal Restraint of* CHARLES HACKETT, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished per curiam opinion.

[No. 43578-7-I. Division One. July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON BLATT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09453-1, Anthony P. Wartnik, J., entered September 29, 1998. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 45841-8-I. Division One. July 17, 2000.]

SAFECO INSURANCE COMPANY, *Respondent*, v. DENISE BRACKETT WOODLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-07441-8, Steven G. Scott, J., entered May 28, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Kennedy, J. Now published at 102 Wn. App. 384.